UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HOUNIHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELL PATH HEALTH CARE PROVIDER, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-00812-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 9) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2023, the Magistrate Judge screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 5.) Plaintiff failed to file an amended complaint or otherwise respond to the Magistrate Judge's order. Therefore, on July 11, 2023, the Magistrate Judge issued an order to show cause why the action should not be dismissed. (ECF No. 7.) Plaintiff failed to respond to the order to show cause. Accordingly, on August 4, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this action due to Plaintiff's failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief. (ECF No. 11.) The findings and recommendations contained notice that Plaintiff had fourteen days within which to

file objections.  (*Id.* at 8.)  Plaintiff has not filed objections, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  After carefully reviewing the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 4, 2023, (ECF No. 9), are adopted in full;
2. This action is dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    October 25, 2023

UNITED STATES DISTRICT JUDGE